# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 26, 2010

Marilyn Kelly,
Chief Justice

140073-5

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

WOODWARD PARKING COMPANY,
      Petitioner-Appellee,

v

CITY OF DETROIT,
      Respondent-Appellant.

SC: 140073-5
COA: 285073, 285074, 285075
MTT: 00-327694, 00-327758,
      00-327702

_____/

On order of the Court, the application for leave to appeal the October 19, 2009 order of the Court of Appeals is considered and, it appearing to this Court that the case of *Briggs Tax Service, LLC v Detroit Public Schools et al* (Docket Nos. 138168, 138179, 138182) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2010

_____
Clerk

0222